[No. 37626-8-I.   Division One.   October 28, 1996.]

CONNIE L. BABCOCK, *Appellant*, v. SWEDISH MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-0978603, Robert S. Lasnik, J., entered October 13, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37854-6-I.   Division One.   October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CURLEY HORTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03331-8, Richard M. Ishikawa, J., entered December 18, 1995. *Reversed* by unpublished per curiam opinion.

[No. 14436-4-III.   Division Three.   October 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM D. BARTHOLOMEW, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 94-1-00077-1, Michael E. Cooper, J., entered October 17, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 18519-9-II.   Division Two.   November 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN E. WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-03824-4, J. Kelley Arnold, J., entered August 4, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Houghton, A.C.J., and Morgan, J.